■ ROBERT G. LAURIGUET et al., Respondents, v RITA SCHWARTZ, Individually, Appellant, et al., Defendant. (And a Second Action.) — Order of the Supreme Court, Suffolk County (D'Amaro, J.), dated October 16, 1981, affirmed, without costs or disbursements. No opinion. The stay contained in this court's order dated February 19, 1982 is hereby vacated. Damiani, J. P., Gulotta, Rubin and Boyers, JJ., concur.